UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES FARNSWORTH,

    Plaintiff,

v.

PIERCE COUNTY AND THE CITY OF TACOMA,

    Defendants.

Case No. C05-5177RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED** prior to service for failure to state a claim. This dismissal counts as a strike pursuant to 28 U.S.C. 1915 (g).

(3) Clerk is directed to send copies of this Order to plaintiff, counsel for any defendants who have appeared, and to the Hon. Karen L. Strombom.

DATED this 15th day of August, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1