# United States District Court

## WESTERN DISTRICT OF WASHINGTON

CHARLES FARNSWORTH

v.

PIERCE COUNTY AND THE CITY OF TACOMA

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C05-5177RBL

\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED


The Court adopts the Report and Recommendation; and

This action is **DISMISSED** prior to service for failure to state a claim.  This dismissal counts as a strike pursuant to 28 U.S.C. 1915(g).


_____August 15, 2005_____          _____BRUCE RIFKIN_____
Date                                      Clerk


\_\_\_\_\_s/CM Gonzalez_____
Deputy Clerk