HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES V. FARNSWORTH,

    Plaintiff,

v.

PIERCE COUNTY, et al.,

    Defendants.

Case No. C05-5177RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon plaintiff's letter/motion to remove the assessment to his prison trust account of the filing fee for this case [Dkt. #33].

Having considered the entirety of the records and file herein, the Court rules as follows:

Pursuant to 28 U.S.C. § 1915 approval to proceed *in forma pauperis* does not absolve the plaintiff of the responsibility to pay the filing fee. The record reflects plaintiff's application to proceed *in forma pauperis* was granted on June 27, 2005 [Dkt. #16]. Merely because plaintiff's case was dismissed does not terminate the payment of the filing fee. It is therefore

**ORDERED** that plaintiff's letter/motion is **DENIED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 22nd day of November, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1